**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bridges Produce Incorporated, | No. CV-23-00464-TUC-JCH (MAA) |
| Plaintiff, | **ORDER** |
| v. | |
| Fresh Pick Produce LLC, et al., | |
| Defendants. | |

On October 6, 2023, Plaintiff Bridges Produce Incorporated filed a Complaint against Defendants Fresh Pick Produce LLC, German Ibarrola, Cipriano Beltran, and Fresh Pick Repackers LLC alleging failure to pay $17,981.60 for produce received and accepted. Doc. 1. Defendants were served (Docs. 7–10) and have yet to appear in this suit (*see generally* Docket). On January 9, 2024, Plaintiff filed a Motion for Default Judgment. Doc. 17.

On February 12, 2024, Magistrate Judge Michael A. Ambri issued a Report and Recommendation ("R&R"), recommending that the Court grant Plaintiff Bridges Produce's Motion for Default Judgment. Doc. 21. The R&R notified the parties they had fourteen (14) days from the date of the R&R to file any objections. *Id.* at 7. No objections have been filed.

If no objections are filed, the district judge is not required to review the magistrate judge's R&R under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the district judge may conduct further review, "sua sponte or at the

request of a party, under a de novo or any other standard." *Id.* at 154.

The Court has reviewed and considered the Complaint (Doc. 1), Certificates of Service (Docs. 7–10), Plaintiff's Application for Entry of Default (Doc. 15), Clerk's Entry of Default (Doc. 16), Plaintiff's Motion for Default Judgment (Doc. 17), and the Magistrate Judge's R&R (Doc. 21). The Court finds the R&R is well-reasoned and adopts Magistrate Judge Ambri's findings and conclusions.

Accordingly,

**IT IS HEREBY ORDERED ADOPTING** in full the R&R (Doc. 21).

**IT IS FURTHER ORDERED GRANTING** Plaintiff's Motion for Default Judgment (Doc. 17).

**IT IS FURTHERED ORDERED authorizing** the Clerk of the Court to enter judgment as follows:

1. Default Judgment is entered in Plaintiff Bridges Produce, Inc.'s favor and against Defendants Fresh Pick Produce LLC, German Ibarrola a/k/a German Ibarrola-Ornelas, Cipriano Beltran a/k/a Cipriano Beltran Eguino, and Fresh Pick Repackers LLC.

2. Defendants are jointly and severally liable for the following judgment:
   - the principal amount of $17,981.60;
   - taxable costs of $698.10;
   - contractual pre-judgment interest of $3,609.49, through March 10, 2024;
   - contractual attorneys' fees of $5,082.50; and
   - post-judgment interest, which shall accrue from the date of this Judgment at the rate set forth by 28 U.S.C. §1961, until satisfied.

3. Bridges Produce, Inc. holds a valid claim under the trust provisions of the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §499e(c) against Fresh Pick Produce LLC in an amount no less than $27,371.69.

///

///

///

**IT IS FURTHER ORDERED dismissing** Counts III, IV, and VI of Plaintiff's Complaint without prejudice.

Dated this 11th day of March, 2024.

John C. Hinderaker
United States District Judge